IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01276-BNB

ANDRE DAVID LEFFEBRE,

Plaintiff,

v.

HARLEY G. LAPPIN, "Director,"
MICHAEL K. NALLEY, "Regional Director,"
RON WILEY, "Warden," Florence Maximum,
FEDERAL BUREAU OF PRISON(S),
U.S. DEPARTMENT OF JUSTICE,
FEDERAL CORPORATION(S), and
UNITED STATES, et al.,

Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 2 5 2008

GREGORY C. LANGHAM
CLERK

---

ORDER OF DISMISSAL

---

Plaintiff Andre David Leffebre initiated this action by filing *pro se* a document

titled "Constitutional Civil Rights Violation and Complaint Sovereign Man America

the Republic Affidavit True, Correct and Complete." In an order filed on June 16, 2008,

Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil

action and directed Mr. Leffebre to cure certain deficiencies if he wished to pursue his

claims. Specifically, Magistrate Judge Boland ordered Mr. Leffebre to file a complaint

on the proper form and either to pay the filing fee or to file a motion seeking leave to

proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Leffebre was warned

that the action would be dismissed without further notice if he failed to cure the

deficiencies within thirty days.

On July 15, 2008, Mr. Leffebre filed on the proper forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915. However, the motion for leave to proceed *in forma pauperis* pursuant to § 1915 is deficient because the account statement Mr. Leffebre submitted with that motion is not certified by a prison official as required pursuant to § 1915(a)(2) and as specified on the form motion itself. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 24 day of _____July_____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   08-cv-01276-BNB

Andre David Leffebre
Reg. No. 02897-078
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/25/08

GREGORY C. LANGHAM, CLERK

By:_____
              Deputy Clerk